# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL SOLIS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>M.E. SPEARMAN, Warden,<br><br>　　　　　　Respondent. | ) NO. CV 19-2493-ODW (KS)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 12, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE